IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

HENRY ALEXANDER WILLIAMS,                                                                    PLAINTIFF
REG. #19967-076

V.                              Case No. 2:10-CV-00122-JMM-JJV

T.C. OUTLAW, Warden, Federal
Correctional Institute-Forrest City; *et al.*                                                DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Plaintiff's official capacity claims against Defendants are DISMISSED with prejudice;

2.      Plaintiff's individual capacity claims against the BOP and the Administrator of the BOP are DISMISSED with prejudice;

3.      Plaintiff's claims against Warden T. C. Outlaw are DISMISSED with prejudice for failure to state a claim;

4.      Plaintiff is allowed limited discovery to discern the identity of the Doe Defendants;

5.      Service is appropriate for Defendant Jill Dube-Gilley; and

6.      The Clerk of the Court shall prepare a summons for Defendant Jill Dube-Gilley and the United States Marshall is directed to serve a copy of the Amended Complaint (Doc. No. 6) and summons on defendant, the United States Attorney for this district, and the United States Attorney

General, without prepayment of fees and costs or security therefore.

    DATED this  8   day of   March  , 2011.

                                                JAMES M. MOODY
                                               UNITED STATES DISTRICT JUDGE