IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

HENRY ALEXANDER WILLIAMS, PLAINTIFF
ADC # 19967-076

v. 2:10-cv-00122-JMM-JJV

JILL DUBE-GILLEY, Unit Manager
FCI - Forrest City DEFENDANT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice for failure to exhaust administrative remedies.

DATED this  3rd day of  November  2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE

1