IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

HENRY ALEXANDER WILLIAMS,                                                                   PLAINTIFF
ADC # 19967-076

v.                                       2:10-cv-00122-JMM-JJV

JILL DUBE-GILLEY, Unit Manager
FCI - Forrest City                                                                          DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

DATED this __3rd__ day of __November__ 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE